## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 3065 | **DATE** | 6/1/2010 |
| **CASE TITLE** | Pedro Villa    vs    Wal-Mart Stores | | |

**DOCKET ENTRY TEXT:**

Case called for status hearing.  No one appears.  This cause is dismissed for want of prosecution.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|